1  JANE DOE

2  835nineteen853a@gmail.com

3

4             THE UNITED STATES DISTRICT COURT

5             CENTRAL DISTRICT OF CALIFORNIA    FILED ON DEMAND

6

7  JANE DOE                          ) Case No.:
                                     )
8            Plaintiff,              ) 2:23-cv-04218-WLH (KES)
                                     )
9       V.                           )
                                     )
10 UNITED STATES, DCA 1976           )
                                     )
11           Defendant(s).           )

12

13         **Ex parte 28 U.S. Code § 2255 motion under pseudonym**

14 Under seal by pseudonyms, ex parte application serves request to correct/absolve a sentence with or

15 without new trial. Pseudonym request to proceed requires no memorandum pursuant to locale rule

16 3.1114. This application motion is for immediate injunction's relief prohibiting harassment of identity

17 and false witness. The proceeds of factual evidence concludes without an reasonable doubt, future

18 inevitable summary judgment in pursuit of co-conspirators of prosecutorial misconduct and conspiracy

19 of violation of civil rights by the defendant's participation in illegal criminal copyright of official and

20 individual duties. This lawsuit/ex parte concerns serious civil rights trespass, so by criminal conspiracy

21 aftermaths' defendants' intentions will be investigated as unforgivable conscionable conduct. May the

22 United States want to condone roulette of hate crime stop/frisk subjects, or rampant broad daylight

23 kidnapping under color of law. Most certainly, physical assault and copyright sponsor by damaging

24 fraudulent international financial identity will not be more diplomatic in resolve by written dispute. As

25 soon as verbal/digital hearing is addressed, admissible evidence will be affirmed credited and clearly

26 transparent.

27

28

## Relief by Summary Judgment Independent or conjoined to future motions

28 U.S. § 2255 of shall determine judgment for error with or without movant at hearing. By exercise of due diligence, courts will reveal previous erroneous judgment was rendered without jurisdiction and had been such denial under color of law. The constitutional rights of every man, woman and child, especially the victim of this case "Jane Doe" has been violated in perspective. Requested relief is for the federal district/supreme venue to provide certification of exoneration by actual innocence. Plaintiff can guarantee defendant as a completely involved responsible false witness not by accident. There would be no reasonably scientific argument in making appearances by defense. Plaintiff does not want any Nato US physical/intellectual dollars, which is quite demoralizing from a Nato social security disassociation, so whoever interprets this underlying language should treat your personal brand of affiliation with integrity. The only legal remedy is "united states" defendants will alleviate its previous false arraignment/sentence by providing international responsibility of fault in all concurrent aspects, all the way down to the promotion of the current attorney general rob bonta. We will get international investigation involved appropriately. You will call number (text/ or leave voicemail) or better yet absolutely you must email for ex parte meeting hearing of potential judgment.

Dated: 05 - 31 - 2023

Sign: _[signature]_

Print Name: _Jane Doe_