**ATTACHMENT FM-1013**

| NAME AND ADDRESS OF PARTY OR ATTORNEY FOR PARTY: | TELEPHONE NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| Jane Doe<br>435nineteen853a@gmail.com<br>ATTORNEY FOR (Name): | | FILED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br>MAY 3 1 2023<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA~~
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PETITIONER: | Jane Doe | CASE NUMBER: |
|---|---|---|
| RESPONDENT: | United states, DCA 1976 | 2:23-CV-04218-WLH (KES) |

| DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDERS | DEPARTMENT NUMBER: |
|---|---|
| | FCS NUMBER: |

**FILED ON DEMAND**

I, the undersigned, declare:

1. I am (choose one):
   a. ☑ attorney for Petitioner ☐ attorney for Respondent ☐ attorney for child(ren)
   b. ☐ self-represented Petitioner ☐ self-represented Respondent
   c. ☐ other (explain): _____

2. The opposing party or minor children is represented by an attorney: ☐ Yes ☑ No
   (If you checked "Yes", fill in the name, address, and telephone number of all attorneys.
   If you checked "No", fill in the other party's name address, and telephone number.)
   Party/Attorney name: _____
   Address/Telephone number: _____
   Child's attorney name and address: _____

3. **OTHER CASES**: Have the parties to this case been involved in another Family, Probate Juvenile, or Criminal Court Case? ☐ Yes ☑ No If there has been another case, fill in the case number: _____

4. **OTHER APPLICATIONS**: I or another party ☐ have ☑ have not made previous application(s) on the same issue. Orders were ☐ were not ☑ granted on the prior application(s). Explain in your declaration.

5. **NOTICE**
   a. **I HAVE given notice to all opposing parties and/or their attorney by the following method:**
      ☐ Personal delivery ☐ Fax ☐ Overnight Carrier ☐ First Class Mail ☐ Other: _____
      Date: _____ Time: _____ Person who received: _____
      I have received confirmation that the other party has received my papers as follows: (Check one below)
      ☐ In person/telephone (describe): _____
      ☐ Written confirmation of receipt
   b. **I ask the Court not to require notice of the ex parte request for orders because** (Check all that apply. In the space provided below in 5.c. and on any attached pages or a separate sworn declaration, you must give facts that support a request not to give notice for each box you check in 5.b. (except for Domestic Violence Prevention Act (DVPA) restraining orders):
      ☐ This is an application for Domestic Violence Prevention Act (DVPA) restraining orders.
      ☐ This application involves a matter not requiring notice under State Rules, Rule 5.170;
      ☑ Giving notice would frustrate the purpose of the order;
      ☑ Giving notice would result in immediate and irreparable harm to the applicant or the children who may be affected by the order sought;
      ☑ Giving notice would result in immediate and irreparable damage to or loss of property subject to disposition in the case;
      ☐ The parties agreed in advance that notice will not be necessary with respect to the matter that is the subject of the request for emergency orders. Provide documentation of this agreement; and/or,

ATTACHMENT FM-1013

| PETITIONER: | Jane Doe | CASE NUMBER |
| --- | --- | --- |
| RESPONDENT: | United states, DCA 1976 | 2:23-CV-04218-WLH (KES) |

☐ The party made reasonable and good faith efforts to give notice to the other party, and further efforts to give notice would probably be futile or unduly burdensome (describe those efforts in detail below).

☐ Other: _____

c. **Further Explanation for Asking the Court NOT to Require Notice:**

☐ Additional pages are attached. Total number of attached pages: _____

☑ Provide detailed factual explanation of any box checked under Paragraph 5.b. above. If you do not have enough room, attach additional pages or a separate sworn declaration of good cause:

Giving notice would result in immediate and additional irreparable harm, which by Nato perpetrautors are still uncontested liars of fraud, prides in injustice. Theres Nato judges and affiliated us marshal promotees guarding the court-clerks??? Plaintiff needs to contact special uscis for synchronized status of legitimacy in refugee "emigration." (They wont provide complete lawyer services for subjects of case.) You got same sergeant that violated the plaintiff on orange county police department as of 2021. Probably sitting up with an open beer bottle with an state registered legal full automatic sub-machine gun. On a side note Americas support of constitution relating to Afghanistan Nato invasion withdraw might be an domestic employment issue??? Ultimately, this emergency lawsuit/ex parte concerns serious civil rights trespass, so by criminal conspiracy aftermaths' defendants intentions will be investigated as unmistaken conscionable conduct. Theres is guaranteed factual evidence of good cause that defendant definitely won't show up by individual or official capacity under color of law and has no probable defense or offense to show up.

I declare under penalty of perjury that the forgoing and any statement on attached pages are true and correct.

| 05-31-23 | Jane Doe | [signature] |
| --- | --- | --- |
| Date | Print Name | Signature of Declarant |

FM-1013 REV 07/01/14   **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDERS**   Page 2 of 3